AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTOPHER M. BALSLEY,**

       **Plaintiff,**

                               **JUDGMENT IN A CIVIL CASE**

**v.**

**STATE OF OHIO, et al.,**          **CASE NO. C2-12-097**
                                 **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**           **MAGISTRATE JUDGE MARK R. ABEL**

_____     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Order filed May 31, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 31, 2012                               JAMES BONINI, CLERK

                                                   _/S/ Andy F. Quisumbing_
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk