AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division


**CHRISTOPHER M. BALSLEY,**

    **Plaintiff,**

                       **JUDGMENT IN A CIVIL CASE**

**v.**

**STATE OF OHIO, et al.,**        **CASE NO. C2-12-097**
                                          **JUDGE EDMUND A. SARGUS, JR.**
    **Defendants.**           **MAGISTRATE JUDGE MARK R. ABEL**


☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed May 31, 2012, JUDGMENT is hereby entered DISMISSING this case.**


Date: May 31, 2012                              JAMES BONINI, CLERK


                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk